IN THE UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

| | |
|---|---|
| In the Matter of: } | |
| } | Case No. 09-30014 |
| Robert L. Washington, III } | |
| Gloria Jean Washington } | Chapter 13 |
| } | 2:09CV579-mht |
| Debtor(s) } | |

## NOTICE OF APPEAL

Comes now Robert L. and Gloria Jean Washington, the above debtor(s) and files this Notice of Appeal under 28 U.S.C. Section 158(a) from the final order entered in the above styled bankruptcy proceeding by the Honorable Dwight Williams on the 21st day of May, 2009 sustaining the Trustee's Objection to confirmation and furthermore requests any an all proceedings in the above matter be stayed pending appeal.

The names of all parties to the final judgment appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Robert & Gloria Washington<br>2230 W. Aberdeen Drive<br>Montgomery, AL 36116 | Debtors |
| Richard D. Shinbaum<br>Shinbaum, McLeod & Campbell, P.C.<br>566 South Perry Street<br>Post Office Box 201<br>Montgomery, AL 36101-0201 | Attorney for the Debtors |
| Curtis D. Reding<br>P.O. Box 173<br>Montgomery, AL 36101 | Chapter 13 Trustee |
| Sabrina McKinney<br>P.O. Box 173<br>Montgomery, AL 36101 | Staff Attorney for Chapter 13 Trustee |

Respectfully submitted,

/s/ Richard D. Shinbaum
*Attorney for Debtor*:
Richard D. Shinbaum
Shinbaum, McLeod & Campbell, P.C.
566 South Perry Street
Post Office Box 201
Montgomery, AL 36101-0201
334-269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by

CM/ECF on this day June 1, 2009.


Chapter 13 Trustee, Curtis C. Reding
Bankruptcy Administrator, Teresa Jacobs
Robert and Gloria Washington