IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
IN RE:                           )
                                 )
ROBERT L. WASHINGTON, III,       )
and GLORIA JEAN WASHINGTON,      )
                                 )
     Debtors.                    )
                                 )
                                 )
ROBERT L. WASHINGTON, III,       )
and GLORIA JEAN WASHINGTON,      )
                                 )
     Appellants,                 )
                                 )    CIVIL ACTION NO.
     v.                          )    2:09cv579-MHT
                                 )
CURTIS C. REDING,                )
Standing Chapter 13              )
Trustee for the Middle           )
District of Alabama,             )
                                 )
     Appellee.                   )
```

ORDER

It is ORDERED that this appeal is set for an on-the-record status conference on July 8, 2009, at 10:00 a.m., to discuss how this case should proceed. Counsel for the

parties are to arrange for the conference to be conducted by telephone.

DONE, this the 30th day of June, 2009.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE