IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: )<br>)<br>ROBERT L. WASHINGTON, III, )<br>and GLORIA JEAN WASHINGTON, )<br>)<br>   Debtors. )<br>)<br>)<br>ROBERT L. WASHINGTON, III, )<br>and GLORIA JEAN WASHINGTON, )<br>)<br>   Appellants, )<br>)<br>  v. )<br>)<br>CURTIS C. REDING, )<br>Standing Chapter 13 )<br>Trustee for the Middle )<br>District of Alabama, )<br>)<br>   Appellee. ) | CIVIL ACTION NO.<br>2:09cv579-MHT |

ORDER

Based upon the representations made during an on-the-record status conference on July 8, 2009, it is ORDERED as follows:

(1) Appellants are to file their brief by July 23, 2009.

(2) Appellee is to file his brief by August 7, 2009

(3) Appellants may file a reply brief by August 14, 2009.

(4) The appeal is set for submission, without oral argument, on August 14, 2009.

DONE, this the 10th day of July, 2009.

                     /s/ Myron H. Thompson
                 **UNITED STATES DISTRICT JUDGE**